| | |
|---|---|
| 1 | Jonathan M. James (Admitted in this District) |
| 2 | JJames@perkinscoie.com<br>PERKINS COIE LLP |
| 3 | 2901 North Central Avenue, Suite 2000<br>Phoenix, Arizona 85012 |
| 4 | Telephone: 602.351.8440<br>Facsimile: 602.648.7032 |
| 5 | Sara L. Chenetz, Bar No. 206936 |
| 6 | SChenetz@perkinscoie.com<br>Amir Gamliel, CA Bar No. 268121 |
| 7 | AGamliel@perkinscoie.com<br>PERKINS COIE LLP |
| 8 | 1888 Century Park E., Suite 1700<br>Los Angeles, CA 90067-1721 |
| 9 | Telephone: 310.788.9900<br>Facsimile: 310.788.3399 |
| 10 | Brian A. Audette, IL Bar No. 6277056 |
| 11 | (*Pro Hac Vice* to be filed)<br>BAudette@perkinscoie.com |
| 12 | PERKINS COIE LLP<br>131 S. Dearborn Street, Suite 1700 |
| 13 | Chicago, Illinois 60603-5559<br>Telephone: 312.324.8534 |
| 14 | Facsimile: 312.324.9534 |
| 15 | Attorneys for Appellants DBD Credit Funding LLC and CF Crespe LLC |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re<br><br>Cresta Technology Corporation,<br><br>        Debtor. | Case No. 16-50808 (MEH)<br>Chapter 7 |
| DBD Credit Funding, LLC and CF Crespe LLC,<br><br>        Appellants,<br>v.<br><br>Silicon Laboratories, Inc.,<br><br>        Appellee. | Case No. 16-cv-05111-LHK<br><br>**APPELLANTS' CORPORATE DISCLOSURE STATEMENT** |

Appellants DBD Credit Funding LLC and CF Crespe LLC, by their undersigned counsel, submit this Corporate Disclosure Statement pursuant to Federal Rule of Bankruptcy Procedure 8012, which states, ". . . [a]ny nongovernmental corporate party appearing in the district court or BAP must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation."

1. The name of the parent corporation of DBD Credit Funding LLC is DBD Credit Fund Holdings LLC. No publicly-held corporation owns 10% or more of the stock of DBD Credit Funding LLC.

2. The name of the parent corporation of CF Crespe LLC is CF DB EZ LLC. No publicly-held corporation owns 10% or more of the stock of CF Crespe LLC.

Dated: September 15, 2016

**PERKINS COIE LLP**

By  /s/ *Jonathan M. James*
       Jonathan M. James

Attorney for Appellants DBD Credit Funding, LLC and CF Crespe LLC

Appellants' Corporate Disclosure Statement
132716127.1

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 15, 2016 a copy of this document was filed and served via the Court's ECF system which sent notification of the filing to the parties listed below.

- **Sara L. Chenetz**
  chenetz@perkinscoie.com,dlax@perkinscoie.com

- **Marc Brian Collier**
  marc.collier@nortonrosefulbright.com

- **Rebecca Jean Winthrop**
  rebecca.winthrop@nortonrosefulbright.com, darla.rodrigo@nortonrosefulbright.com

/s/ *Jonathan M. James*
Jonathan M. James

Appellants' Corporate Disclosure Statement
132716127.1